**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00171-CR**
_____

**DWIGHT LEJAMES ELAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-14928**

**MEMORANDUM OPINION**

Dwight LeJames Elam pleaded guilty, under a plea agreement, to the lesser included offense of misdemeanor assault, class A. The trial court placed him on deferred adjudication community supervision. Elam violated the terms and conditions of community supervision set by the court. The State filed a motion to revoke. The trial court revoked the community supervision, adjudicated Elam guilty of the offense, and sentenced him to one year in county jail.

1

Elam's appellate counsel filed a brief that presents counsel's professional evaluation of the record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of the time for Elam to file a pro se response. We received no response.

We have reviewed the clerk's record, the reporter's record, and the *Anders* brief, and we agree with counsel's conclusion that no arguable issues support an appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Submitted on September 16, 2013
Opinion Delivered September 25, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.